

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00245-CV

| | | |
|---|---|---|
| Mitchell Reitman and Melinda Reitman | § | From the 153rd District Court |
| | § | of Tarrant County (153-246953-10) |
| v. | § | March 15, 2018 |
| Roger L. Yandell | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Mitchell Reitman and Melinda Reitman shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM